### 363 SMITH ET AL. vs. CIRCUIT JUDGE (Menominee), 53 M., 560.

To vacate an order requiring relators, as garnishee defendants, having in their possession, as mortgagees, certain goods and chattels, to turn over the said goods and chattels to a receiver ap-

pointed by the court, directing the receiver to sell, and out of the proceeds to pay (1) the costs and expenses of the receivership sale, etc., (2) relator's lien, and (3) plaintiff's judgment.

Granted April 20, 1884.